THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES MILLER, | ) |
| Plaintiff, | ) Case No. 2:19-cv-00298-TSZ |
| v. | ) **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| Defendant. | ) |

THIS MATTER, having come before the Court upon Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, docket no. 11, and having reviewed and considered the Unopposed Motion, the Court hereby GRANTS the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint and hereby ORDERS that The Prudential Insurance Company of America's deadline to answer or otherwise respond to the Complaint is extended until and including May 28, 2019.

IT IS SO ORDERED.

DATED this 20th day of May, 2019.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER - 1
CASE NO. 2:19-CV-00298-TSZ

119219.0036/7675261.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

Presented by:

LANE POWELL PC

By *s/ Per Jansen*
  D. Michael Reilly, WSBA No. 14674
  Per Jansen, WSBA No. 49966
  1420 Fifth Avenue, Suite 4200
  P.O. Box 91302
  Seattle, WA 98111-9402
  Telephone: 206.223.7000
  Facsimile: 206.223.7107
  Email: reillym@lanepowell.com
  jansenp@lanepowell.com

  Ian H. Morrison (admitted pro hac vice)
  imorrison@seyfarth.com
  Christopher M. Busey (admitted pro hac vice)
  cbusey@seyfarth.com
  SEYFARTH SHAW LLP
  233 S. Wacker Drive, Suite 8000
  Chicago, IL 60606
  Telephone: (312) 460-5000
  Facsimile: (312) 460-7000

  Attorneys for Defendant The Prudential
  Insurance Company of America

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER - 2
CASE NO. 2:19-CV-00298-TSZ

119219.0036/7675261.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107