UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES MILLER,

        Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

        Defendant.

C19-298 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion for Plaintiff's Leave to Amend and File an Amended Complaint for Short-Term and Long-Term Disability Insurance, docket no. 15, is GRANTED. Plaintiff is ORDERED to file his amended complaint on or before Friday, June 28, 2019.

(2) Plaintiff's proposed amended complaint adds Plaintiff's employer, Bendix Commercial Vehicle Systems, Inc., as an additional defendant to this action. The parties are ORDERED to file an updated Joint Status Report on or before August 19, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of June, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1