# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CHARLES MILLER,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

    Defendant.

C19-298 TSZ

MINUTE ORDER

Having reviewed the parties' Joint Status Report, docket no. 23, indicating that the dispute in this matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), the Court sets the following dates and deadlines:

| | |
|---|---|
| BENCH TRIAL DATE (1/2 day) | May 18, 2020 |
| Deadline for filing administrative record | September 30, 2019 |
| Deadline for filing any motion to conduct limited discovery (such motion to be noted for the third Friday after filing) | October 31, 2019 |
| Deadline for filing dispositive motions | February 27, 2020 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by | March 5, 2020 |
| Agreed pretrial order due | May 1, 2020 |
| Trial briefs and proposed findings of fact and conclusions of law due | May 1, 2020 |
| Pretrial conference scheduled for | May 8, 2020 at 1:30 PM |

MINUTE ORDER - 1

| | |
|---|---|
| 1 | The dates and deadlines set forth herein are firm and can be changed only by order of the Court.  The Court will alter this case schedule only upon good cause shown.  Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases. |

The dates and deadlines set forth herein are firm and can be changed only by order of the Court.  The Court will alter this case schedule only upon good cause shown.  Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

The administrative record shall be filed under seal via the Case Management and Electronic Case Files ("CM/ECF") system.  A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed or at the time trial briefs are submitted, whichever occurs first.  The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

If this case settles, counsel shall immediately notify Karen Dews at (206) 370-8830; failure to do so constitutes grounds for sanctions.  See Local Civil Rule 11(b).

A copy of this Minute Order shall be sent to all counsel of record.

Dated this 21st day of August, 2019.

/s/ Karen Dews
Judicial Assistant/Deputy Clerk to
Hon. Thomas S. Zilly, United States District Judge

MINUTE ORDER - 2