UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES MILLER,

        Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

        Defendants.

C19-298 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Reconsider Deadlines and Case Schedule, docket no. 33, is DENIED. The relief the parties seek is unclear, and the parties did not submit a proposed order. To the extent the parties seek reconsideration of the dispositive motion filing deadline, the parties are ADVISED that they suggested internally inconsistent dates in their Joint Status Report and Discovery Plan ("JSR"), docket no. 23, and the Court set the deadline for Thursday, February 27, 2020, pursuant to Paragraph 10 of the JSR.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of October, 2019.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1