UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHARLES MILLER,

          Plaintiff,

  v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

          Defendants.

C19-298 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' joint motion for an extension of remaining deadlines, docket no. 37, is treated as a motion to continue trial and related deadlines. The motion is GRANTED in part, and the Court CONTINUES the trial date and remaining related deadlines as follows:

| **BENCH TRIAL DATE (1/2 day)** | **August 31, 2020** |
| --- | --- |
| Dispositive motions filing deadline | April 30, 2020 |
| All motions related to expert witnesses (e.g., Daubert motion) must be filed by | May 7, 2020 |
| Agreed pretrial order due | August 14, 2020 |
| Trial briefs and proposed findings of fact and conclusions of law due | August 14, 2020 |
| Pretrial conference scheduled for | August 21, 2020 at 1:30 PM |

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of February, 2020.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 2